ACCEPTED
03-14-00531-CR
8233698
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:09:56 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00531-CR

| | | |
|---|---|---|
| DERRICK KUYKENDALL | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | | FILED IN 3rd COURT OF APPEALS AUSTIN, TEXAS 12/14/2015 11:09:56 PM JEFFREY D. KYLE Clerk |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL |
| | * | DISTRICT OF TEXAS |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Appellant, and files this Motion for an Extension in which to file the Appellant's Brief.  In support of this motion, appellant shows the Court the following:

### I.

The Appellant was convicted in the District Court of Travis County, Texas of the offense of Manslaughter. Appellant was assessed 15 years TDCJ.

### II.

The deadline for filing the Appellant's Brief is December 14, 2015  and Appellant has requested **four** previous extensions.

### III.

Attorney for the Appellant would further show the Court that he has been

diligent in preparing Appellant's brief in this case. Counsel has completed most of the brief in this case and files it on Monday December 21, with this motion for extension of time. This Court had set a No Further Extension upon counsel's last request for extension. Counsel files this brief and motion in conformity with T.R.A.P. 26.3 and T.R.A.P. 38.6(d), and 38.8(b).

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellant's Brief to December 21, 2015.

Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)
Arielpayan@hotmail.com

/s/ Ariel Payan

ARIEL PAYAN
State Bar No. 00794430

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellate Brief has been delivered to the Criminal District Attorney of said County Texas, on December 14, 2015.